# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DOUGLAS W. MARSHALL,<br><br>Plaintiff,<br><br>-vs-<br><br>PROGRESSIVE INSURANCE COMPANY and Does 1-5,<br><br>Defendants. | CV 20-020-H-CCL<br><br><br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to Progressive Insurance Company, and Does 1-5, the parties to bear their own costs and attorney's fees.

Dated this 26th day of June, 2020.

Charles C. Lovell,
Senior United States District Judge